**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| **WILLIAM KERNS,** | |
| Plaintiff, | Case No. 3:16-cv-76-RV-EMT |
| *v.* | DISTRICT JUDGE VINSON |
| **LAMOT INDUSTRIES, LLC, and RBL ENTERPRISES, LLC** | MAGISTRATE JUDGE TIMOTHY |
| Defendants. | |

**FINAL JUDGMENT**

Judgment is entered in the amount of $300,000 in favor of plaintiff William Kerns, and against Defendants Lamot Industries, LLC, and RBL Enterprises, LLC, jointly and severally.

DONE AND ORDERED this _____ day of January, 2018

ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE

1